UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

JOSEPH DINGLER                                                                                    PETITIONER

V.                                                                                         NO.2:10CV052-P-A

HALEY BARBOR, et al.                                                                          RESPONDENTS

## ORDER

This matter was filed in the Northern District of Texas and transferred to this court on April 5, 2010. The Petitioner is attempting to challenge a criminal charge pending in DeSoto County Circuit Court. He filed a similar petition with this court on April 2, 2010. *See Dingler v. Attorney General Jim Hood*, 2:10CV053-M-A.

In order to preserve scarce judicial resources and avoid a potential conflict with the AEDPA's prohibition against successive petitions, the court *sua sponte* dismisses this matter. All pending motions are DENIED as moot and this matter is CLOSED. The Petitioner may address this and all other challenges to the DeSoto County criminal matter in previously filed case number 2:10CV053-M-A.

SO ORDERED this the 28th day of April, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE